AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BALUMA, S. A.,

        Plaintiff,

v.

BRIAN MENGLE,

        Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number  2:20-cv-01568-KJD-VCF

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **DEFAULT JUDGMENT be entered against Defendant,  Brian Mengle and in favor of the Plaintiff,  Baluma, S/A and that Mengle's Counterclaim be dismissed.**

    Date: <u>October 24, 2023</u>

                                                          DEBRA K. KEMPI
                                                         Clerk



                                                         /s/ Wayne Julian
                                                        Deputy Clerk